```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

**ELISHA JAMES DAVIS,**            )
                                    )
        Petitioner,     )
                                    )
    vs.                          )    No. 4:03CV1790-DJS
                                    )
**DAVE DORMIRE,**                  )
                                    )
        Respondent.     )

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge and the lack of timely objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #16] is accepted and adopted.

Dated this   29th   day of November, 2006.

                                    /s/Donald J. Stohr
                                  UNITED STATES DISTRICT JUDGE